UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
STICKLAND, TERRY S.           )
STICKLAND, ELAINE C.          )          CASE: 6:11-bk-07319-KSJ
_____Debtor_____)
___X____ **Chapter 13 Plan**          _____ **Amended Chapter 13 Plan**

    COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| **Payment Number by months** | **Amount of Monthly Plan payment** |
|---|---|
| 1- 52 (June 2011–September 2015) | $460.00 |

    The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Stacy A. Eckert, P.A. | $2,800.00 | $350.00 | 1-8 |
|  | $1,560.00 | $30.00 | 9-60 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| none | | | |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America Home Loans | (payment to be paid outside Chapter 13 Plan) | | |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| none | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| none | | | |

**Property to Be Surrendered:**
**Creditor Name:**               **Property Address/Description:**
HSBC/Polaris                     **2005 Polaris Sportsman 4 Wheeler**

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

**Executory Contracts:**
**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|
| None | | |

**The following Executory Contracts are rejected**:

| Name of Creditor: | Description of Collateral: |
|---|---|
| None | |

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage**: 38% .** Property of the Estate revests in the Debtor(s) upon completion of all plan payments and the discharge of Debtor(s).

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of the Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 1st day of June 2011.

_____
Debtor Signature

_____
Debtor Signature

*/s/ Stacy A. Eckert*

_____
Stacy A. Eckert, Esq.
Stacy A. Eckert, P.A.
Florida Bar No.: 0988170
2445 S. Volusia Avenue, C3
Orange City, FL 32763
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-07319-KSJ<br>Middle District of Florida<br>Orlando<br>Wed Jun  1 09:24:41 EDT 2011 | Elaine C. Strickland<br>800 Helen Avenue<br>Deland, FL 32720-6516 | Terry S. Strickland<br>800 Helen Avenue<br>Deland, FL 32720-6516 |
| Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Bank of America Home Loans<br>PO Box 5170<br>CA6-919-01-41<br>Simi Valley, CA 93062-5170 | Capital One Bank<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Cato<br>PO Box 34216<br>Charlotte, NC 28234-4216 | Citibank<br>PO Box 6235<br>Sioux Falls, SD 57117-6235 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | GE Money Bank / Rooms to Go<br>PO Box 981127<br>El Paso, TX 79998-1127 |
| HSBC / Polaris<br>PO Box 703<br>Wood Dale, IL 60191-0703 | Halifax Medical Center<br>303 N. Clyde Morris Blvd<br>Daytona Beach, FL 32114-2700 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Kohl's Credit<br>PO Box 3043<br>Milwaukee, WI 53201-3043 | NCO Financial / 33<br>PO Box 1187<br>Lilburn, GA 30048-1187 | Northland Group<br>PO Box 390905<br>Minneapolis, MN 55439-0905 |
| Phillips & Cohen Associates<br>Mail Stop 872<br>1004 Justison St<br>Wilmington, DE 19801-5148 | Sears Card<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 |
| Wells Fargo Bank NA<br>4137 121st Street<br>Urbandale IA 50323-2310 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Financial<br>PO Box 5943<br>Sioux Falls, SD 57117-5943 |
| Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Stacy A Eckert +<br>Stacy A Eckert PA<br>2445 South Volusia Avenue<br>Suite C-3<br>Orange City, FL 32763-7626 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover
PO Box 30943
Salt Lake City, UT 84130


               The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Karen S. Jennemann              End of Label Matrix
Orlando                            Mailable recipients    25
                                   Bypassed recipients     1
                                   Total                  26
```